**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

CARLOS ALFONZO RODRIGUEZ CRUZ,   )
                                         )
      Petitioner,                   )
                                         )      No. 2:26-cv-02440-TLP-atc
v.                                      )
                                         )
TRINITY MINTER, Warden of West      )
Tennessee Detention Facility,         )
CHRISTOPHER BULLOCK, in his official   )
capacity as Acting Director of the New   )
Orleans Field Office of ICE's Enforcement  )
and Removal Operations Division, TODD   )
LYONS, in his official capacity as Acting   )
Director of U.S. Immigration and Customs  )
Enforcement, and TODD BLANCHE, U.S.   )
Attorney General,[1]                  )
                                         )
      Respondents.             )

---

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE, AND
DIRECTING CLERK TO SERVE PETITION AND MODIFY DOCKET**

---

Petitioner Carlos Alfonzo Rodriguez Cruz, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitions for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)

---

[1] The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  Christopher Bullock is the correct Respondent in this case.  *See Deepak v. Ladwig*, No. 26-2218, ECF No. 12 at PageID 59 (W.D. Tenn.).  The Court respectfully **DIRECTS** the Clerk to list "**Christopher Bullock**" as sole Respondent and to terminate all other named Respondents.

1

Given the grounds raised in the Petition, the Court respectfully **DIRECTS** the Clerk to serve a copy of the Petition and this Order by certified mail to Acting U.S. Attorney General Todd Blanche. *See* Fed. R. Civ. P. 4(i).

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Within **ten (10) days** of this Order, Respondent shall show cause in writing why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243.

The Court further **ORDERS** Petitioner to file a reply to Respondent's return within **ten (10) days** of service.

The Court will set a hearing by separate order, if necessary. *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 23rd day of April, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

2