**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| CARLOS ALFONZO RODRIGUEZ CRUZ,   ) | |
|         ) | |
|    Petitioner,   ) | |
|         ) | No. 2:26-cv-02440-TLP-atc |
| v.   ) | |
|         ) | |
| CHRISTOPHER BULLOCK, in his official   ) | |
| capacity as Acting Director of the New   ) | |
| Orleans Field Office of ICE's Enforcement   ) | |
| and Removal Operations Division,   ) | |
|         ) | |
|    Respondents.   ) | |

**ORDER DIRECTING RESPONDENT TO AMEND STATUS UPDATE**

Given the Sixth Circuit's ruling in *Lopez-Campos v. Raycraft*, 175 F.4th 713 (6th Cir. 2026), the Court recently directed Respondent to provide a status update. (ECF No. 12.) The update was to include, among other things:

(1) Whether Respondent has withdrawn its BIA appeal; and
(2) If Petitioner is still detained and if the basis of his detention is 8 U.S.C. § 1225(b)(2)(A), Respondent shall either distinguish this case from *Lopez Campos* or state why *Lopez-Campos* otherwise does not apply.

(*Id.*) But rather than providing the Court with this information, Respondent simply refiled its Response to the April 2026 Order to Show Cause. (*Compare* ECF No. 13 at PageID 78, *with* ECF No. 8 at PageID 44.) The Court accordingly **ORDERS** Respondent to amend its status update to comply with ECF No. 12 within **twenty-four (24) hours** of the entry of this Order.

**SO ORDERED**, this 24th day of June, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

1